JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN TED KENNEDY, | ) Case No.: 2:25-cv-10619-E |
| | ) |
| Plaintiff, | ) **Order Dismissing Action With Prejudice** |
| | ) **as to Entire Case** |
| v. | ) |
| | ) |
| GOLDMAN SACHS BANK USA; | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC; and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to the stipulation between Plaintiff and Defendant Goldman Sachs Bank USA, this Court having considered the stipulation hereby dismisses this action with prejudice as to the entire case.  Each party to bear its own fees and costs.  This Dismissal shall conclude this entire action.

IT IS SO ORDERED

DATE: __6/26/2026_____    BY: _____

UNITED STATES MAGISTRATE JUDGE

1
Order Dismissing Action With Prejudice as to Entire Case